FILED

06/04/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0158

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Cause No. DA 20-0158

| | |
|---|---|
| Kootenai Tec, LLC, a Louisiana Limited Liability Company, | Cause No: DV-20-20 |
| Plaintiff/Appellant, | |
| vs. | **ORDER GRANTING MOTION TO ENLARGE TIME TO FILE OPENING BRIEF** |
| Isotex Health, LLC, a Texas Limited Liability Company, | |
| Defendant/Appellee. | |

Upon consideration of Appellant's motion for an extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to July 6, 2020, to file appellant's brief.

Dated this _____ day of _____, 2020.

_____
Justice of the Supreme Court

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
June 4 2020